IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Sherman Baines,

      Plaintiff,

   v.

TriZetto Provider Solutions LLC,

      Defendant.

Cause No. 3:26-cv-01246-JEP-MCR

**DEFENDANT'S NOTICE OF RELATED ACTIONS**

Pursuant to Local Rule 1.07(c), Defendant TriZetto Provider Solutions LLC ("TPS") hereby notifies the Court of the following related actions pending in other federal courts (the "**Related Actions**").  The first-filed Related Action, to the best of TPS's knowledge and belief, is:

- *In re TriZetto Provider Solutions Data Breach Security Litigation*, Case No. 4:25-cv-1861, filed in the Eastern District of Missouri on December 19, 2025.

Additional Related Actions currently pending include the following:

- *In re Cognizant/TriZetto Data Security Incident*, Case No. 2:25-cv-18908, filed in the District of New Jersey on December 22, 2025;

- *Taylor v. TriZetto Provider Solutions, LLC et al.*, Case No. 2:26-

cv-86, filed in the Eastern District of California on January 12, 2026;

- *Carucci v. Cares Community Health d/b/a One Community Health*, Case No. 2:26-cv-1314, filed in Sacramento County Superior Court on January 15, 2026, and removed to the Northern District of California on April 3, 2026;

- *Hahn v Open Door Community Health Centers et al*, Case No. 4:26-cv-2267, filed in Humboldt County Superior Court on February 2, 2026, removed to the Northern District of California on March 16, 2026, and in which an order to transfer to the Eastern District of Missouri was entered on May 15, 2026; and

- *DeJesus v. TriZetto Provider Solutions, LLC et al*, Case No. 4:26-cv-00523, filed in the Eastern District of Missouri on April 8, 2026.

These actions are related to the above-captioned action in that each of the Related Actions arises out of the same alleged data incident involving TPS's platform (the "**Incident**"); is brought by a plaintiff(s) who allege(s) that their information was compromised in the Incident and that as a result, they are subject to an increased risk of identity theft; and seeks to certify a class of individuals affected by the Incident.  The above-captioned action is a putative declaratory judgment action seeking a declaration, *inter alia*, that Plaintiff's

information was compromised in the Incident and that as a result, she is subject to an increased risk of identity theft.

TPS further notifies the Court that a motion to centralize the abovementioned Related Actions is pending before the Judicial Panel of Multidistrict Litigation.  *See In re Cognizant Technology Solutions Corporation and TriZetto Provider Solutions, LLC, Data Security Breach Litigation*, MDL No. 3185.

Dated:        May 19, 2026          NORTON ROSE FULBRIGHT US LLP

By:     /s/ Alexander Giraldo
          Alexander Giraldo, #1061156 (FL)
          2200 Ross Avenue, Suite 3600
          Dallas, TX 75201-7932
          Telephone: (214) 855-8000
          Facsimile: (214) 855-8200
          alex.giraldo@nortonrosefulbright.com

          Jason K. Fagelman*
          Joseph E. Simmons*
          2200 Ross Avenue, Suite 3600
          Dallas, TX 75201
          Telephone: (214) 855-8000
          Facsimile: (214) 855-8200
          jason.fagelman@nortonrosefulbright.com
          joseph.simmons@nortonrosefulbright.com

          *Attorneys for Defendants TriZetto
          Provider Solutions LLC*

          *\*: Pro hac vice application forthcoming*